**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central _____ District of California _____
                                          (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | CPES California, Inc. |

2. **All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

2 7 – 2 3 1 5 2 1 2

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3200   Inland Empire Blvd | 4805   East Speedway Boulevard |
| Number   Street | Number   Street |
| #270 | |
| | P.O. Box |
| Ontario          CA    91764 | Tucson          AZ    85712 |
| City          State   ZIP Code | City          State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| San Bernardino | |
| County | |
| | Number   Street |
| | |
| | City          State   ZIP Code |

5. **Debtor's website** (URL)     www.cpes.com

| Debtor | CPES California, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

  6   2   3   2

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    CPES California, Inc.
_____    Case number *(if known)* _____
Name

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY
        District _____  When _____  Case number _____
                                          MM / DD / YYYY

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor   See attached schedule. _____   Relationship _____
        District _____   When _____
                                                                    MM  /  DD  / YYYY
        Case number, if known _____

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number          Street

                          _____

                          _____    _____
                          City                        State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

        Contact name   _____

        Phone          _____

---

**Statistical and administrative information**

---

| Debtor | CPES California, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 13. Debtor's estimation of available funds | Check one: |
|---|---|
| | ■ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. Estimated assets | ☐ $0-$50,000 | ■ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ■ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/11/2020
MM  / DD / YYYY

X _____      Mark G. Monson
Signature of authorized representative of debtor      Printed name

Title  President and Chief Executive Officer

| Debtor | CPES California, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**18. Signature of attorney**    ✗ _[signature]_

Signature of attorney for debtor

Date    08/11/2020

MM  / DD  / YYYY

Ryan M. Salzman

Printed name

Faegre Drinker Biddle & Reath LLP

Firm name

1800        Century Park East, Suite 1500

Number        Street

Los Angeles                                    CA        90067

City                                                State      ZIP Code

(310) 203-4000                          Ryan.Salzman@faegredrinker.com

Contact phone                            Email address

299923                                        CA

Bar number                                  State

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>CPES California, Inc.,<br><br>     Debtor. | Case No. \_\_\_\_\_<br><br>Chapter 11 |

**SCHEDULE OF AFFILIATES' PENDING CASES**

Following is a list of pending bankruptcy cases filed by an affiliate of the Debtor.

| Debtor | Relationship | District | Petition Date | Case Number |
|---|---|---|---|---|
| Community Provider of Enrichment Services, Inc. d/b/a CPES, Inc. | Affiliate | Central District of California, Northern Division | 4/24/2020 | 9:20-bk-10554-DS |
| Novelles Developmental Services, Inc. | Affiliate | Central District of California, Northern Division | 4/24/2020 | 9:20-bk-10553-DS |

# CERTIFICATE OF
## RESOLUTIONS OF THE BOARD OF DIRECTORS OF
## CPES CALIFORNIA, INC.
### a California corporation

I, Mark G. Monson, the undersigned Chief Executive Officer of CPES California, Inc., a California corporation (the "Corporation") hereby certify that, on August 3, 2020, the following resolutions were duly adopted and authorized in accordance with the requirements of applicable law by the Board of Directors (the "Board of Directors") of the Corporation, and recorded in the minute book of the Corporation, and that they have not been amended, modified or rescinded, or modified or rescinded and, accordingly, are in full force and effect.

## Chapter 11 Filing

**WHEREAS,** the Board of Directors considered presentations by the management and the legal advisors of the Corporation regarding the liabilities and liquidity situation of the Corporation, the strategic alternatives available to it and the effect of the foregoing on the Corporation's business; and

**WHEREAS,** the Board of Directors has had the opportunity to consult with the management and the legal advisors of the Corporation and fully consider each of the strategic alternatives available to the Corporation.

**NOW, THEREFORE, IT IS**

**RESOLVED,** that in the judgment of the Board of Directors, it is desirable and in the best interests of the Corporation, its creditors, and other parties in interest that the Corporation shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief (such voluntary petition, and the voluntary petitions to be filed by the Corporation's affiliates, collectively, (the "Chapter 11 Cases") under the provision of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in a court of proper jurisdiction (the "Bankruptcy Court"); and it is further

**RESOLVED,** that any officer of the Corporation (the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered and directed to execute and file on behalf of the Corporation all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Corporation's business, and it is further

**RESOLVED,** that the Authorized Officers, acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered and directed to certify the authenticity of these resolutions.

## Retention of Professionals

**IT IS FURTHER RESOLVED,** that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of FAEGRE DRINKER BIDDLE & REATH LLP as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties

judgment, shall be necessary, advisable or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED,** that all members of the Board of Directors of the Corporation have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Corporation, or hereby waive any right to have received such notice; and it is further

**RESOLVED,** that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolution, are hereby in all respects approved and ratified as the true acts and deeds of the Corporation with the same force and effect as if each such act transaction, or agreement or certificate has been specifically authorized in advance by resolution of the Board of Directors; and it is further

**RESOLVED,** that each of the Authorized Officers (and their designees and delegates) be and hereby are authorized and empowered to take all actions or to not take any action in the name of the Corporation with respect to the transactions contemplated by these resolutions hereunder as the sole shareholder, partner, member or managing member of each direct subsidiary of the Corporation, in each case, as such Authorized Officer shall deem necessary or desirable in such Authorized Officers' reasonable business judgement as may be necessary or appropriate to effectuate the purposes of the transactions contemplated herein; and it is further

**RESOLVED,** that the CEO of the Corporation is hereby authorized, empowered and directed to certify that the foregoing resolution of the Board of Directors of the Corporation were duly consented to and adopted as of the date hereof.

**IN WITNESS WHEREOF,** the undersigned has executed this Certificate of Resolutions of the Board of Directors of CPES California, Inc. as of the ___ day of August 2020.

_____
Mark G. Monson, CEO

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| FAEGRE DRINKER BIDDLE & REATH LLP<br>JEREMY M. PELPHREY (CA Bar # 249862)<br>Jeremy.Pelphrey@faegredrinker.com<br>RYAN M. SALZMAN (CA Bar #299923)<br>Ryan.Salzman@faegredrinker.com<br>1800 Century Park East, Suite 1500<br>Los Angeles, CA  90067<br>Telephone: (310) 203-4000<br>Facsimile: (310) 229-1285<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>CPES California, Inc. | CASE NO.:<br>CHAPTER:  11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __18__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __8/11/2020__

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: __8/11/2020__

_____
Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                                     **F 1007-1.MAILING.LIST.VERIFICATION**

AAA Auto Body & Paint
7624 Winnetka Ave Unit D
Canoga Park, CA 91306

AAA Home Appliance Repair Inc
8345 Redesa Blvd , Unit 116
Northridge, CA 91324

Ability Center
711 S Allen St.
San Bernardino, CA 92408

ACS Support
PO Box 24017
Fresno, CA 93779-4017

AES Electric Services
3450 Sequoia Ct
Perris, CA 92570

Aldama`s Gardening Services
Nicolas Aldama
37275 Cherry Valley Blvd
Cherry Valley, CA 92223

American Express
Corporate Card
P.O. Box 981535
El Paso, TX 79998-1535

American Structural
15555 Main St., Ste D4-170
Hesperia, CA 92345

Amerigas
PO Box 7155
Pasadena, CA 91109-7155

Appleby Property Management
119 Linden Ave.,
Long Beach, CA 90802

Appleby Real Estate Brokerage
Home Ownership for Personal
Empowerment,(Hope Inc)
21231 Hawthorne Blvd
Torrence, CA 90503

Appleby Real Estate Brokerage
119 Linden Ave.
Long Beach, CA 90802

Applied Behavior Anaysis
Consultation Services Inc
PO Box 4325
Cerritos, CA 90703-4325

Arrow Appliances
2201 N Lakewood Blvd #D606
Long Beach, CA 90815

AT&T
PO BOX 5025
Carol Stream, IL 60197-5025

Bank of the West
Derrick Bultinck
1625 W Fountainhead Pkwy
Tempe, AZ 85282-2371

BBVA
Marc K Smith
5285 E Williams Circle, #3500
Tucson, AZ 85711-7468

Beazley Insurance Company, Inc.
Attn: General Counsel
30 Batterson Park Road
Farmington, CT 06032-2545

Bertha Martin
12980 Perris Blvd
Moreno Valley, CA 92553

Blue Cross Blue Shield of Arizona
Attn: General Counsel
2444 W Las Palmaritas Dr
Phoenix, AZ 85021-4883


Brooks Plumbing
404 E Stuart Ave.
Redlands, CA 92374


Burgesons Heating AC Electrical
PO Box 7310
Redlands, CA 92375


Burrtec Waste Industries, Inc.
Payment Processing Center
PO Box 5938
Buena Park, CA 90622-5938


C & C Home Repair
5947 Cochran St.
Simi Valley, CA 93063


CA Department of Social Services
MS 9-3-67
PO Box 944243
Sacramento, CA 94244-2430


California Department of
Developmental Services
1600 Ninth Street, Room 320, MS 3-8
Sacramento, CA 95814-6435


California Dept. of Tax
& Fee Adminstration
Return Processing Branch
PO Box 942879
Sacramento, CA 94279-6001


California Housing Foundation
1200 California St., Ste 104
Redlands, CA 92374

California Housing Foundation
1200 California Street, Suite 104
Redlands, CA 92374

California State Disbursement Unit
PO Box 989067
West Sacramento, CA 95798-9067

Camille Callahan
280 Cagney Lane #119
Newport Beach, CA 92663

Cap Grow Acct 2043
CapGrow Holdings JV Sub III LLC
320 West Ohio Street, Suite 650
Chicago, IL 60654

Cap Grow Partners
320 W Ohia St., Ste 650
Chicago, IL 60654

Charter Communications
PO BOX 60229
Los Angeles, CA 90060-0229

Chris Gravois Electric
5321 West Avenue L12
Lancaster, CA 93536

Chuck`s Fire Extinguisher
Service Co
PO Box 1324
Ontario, CA 91762

Cigna
LINA
PO Box 13701
Philadelphia, PA 19101-3701

CIO Solutions, LP
PO Box 1247
Goleta, CA 93116-1247

CirrusVisual
601 N Stone Ave.
Tucson, AZ 85705-8348

City of Long Beach
PO Box 630
Long Beach, CA 90842-0001

City of Ontario
303 E B St.
Ontario, CA 91764

City of San Bernardino
Municipal Water Department
PO Box 710
San Bernardino, CA 92402

Civil Penalty Coordinator
744 P Street, MS 9-16-50
Sacramento, CA 95814

Clark Pest Control
3403 Durahart St.
Riverside, CA 92507

County of San Bernardino
Water and Sanitation Division
PO Box 5004
Victorville, CA 92393-5004

Court-Ordered Debt Collections
PO Box 1328
Rancho Cordova, CA 95741-1328

CPI
10850 W Park Place, Ste 250
Milwaukee, WI 53224

CR&R Incorporated
PO Box 7183
Pasadena, CA 91109-7183

Creative Home
1111 South E St.
San Bernardino, CA 92408

Crest Insurance Group
5285 W Williams Circle
Ste 4500
Tucson, AZ 85711

Critter Busters Inc
PO Box 7069
Long Beach, CA 90807

Cruz Services
7875 Whitehood Dr
Fontana, CA 92336

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

Daphne Holmes
15144 Beartree St.
Fontana, CA 92336

David A Pyles
1555 N Verdugo Ave
Ste 201
Glendale, CA 91208

Deborah Beasly
10244 Arrow Rte Apt. 23
Rancho Cucamonga, CA 91730

Delfino Ordonez
38450 Frontier Ave.
Palmdale, CA 93550

DIRECTV
PO Box 5006
Carol Stream, IL 60197-5006

DMV Renewal
PO Box 942894
Sacramento, CA 84294-0894

Eastern Municipal Water District
PO Box 845484
Los Angeles, CA 90084-5484

Elephant Fire Extinguisher Service
3277 Appalachian Dr
Perris, CA 92570

Emilio Law Group
12832 Valley View St.
Ste 106
Garden Grove, CA 92845

Empire Appliance Service
11261 Indian St.
Moreno Valley, CA 92557

Estuardo Campos
9489 Cedar Glen Place
Rancho Cucamonga, CA 91730

Ferrellgas
PO Box 173940
Denver, CO 80217-3940

First Insurance Funding Corp
450 Skokie Blvd, Ste 1000
Northbrook, IL 60062-7917

Food and Nutrition Management
Services, Inc.
PO Box 4809
Chatsworth, CA 91313

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531

Franchise Tax Board
PO Box 942867
Sacramento, CA 94267-0021

Frontier Communications
PO Box 740407
Cincinnati, OH 45274-0407

Gaines & Gaines APLC
27200 Agoura Rd , Ste 101
Calabasas, CA 91301

Great American Insurance Group
Attn: General Counsel
301 E Fourth St.
Cincinnati, OH 45202-4278

Guardian Insurance
Attn: General Counsel
10 Hudson Yards
New York, NY 10001-2157

Hal Ladin Inc
20700 Ventura Blvd , Ste 234
Woodland Hills, CA 91364

Harbor Regional Center
Dept. of Community Services
21231 Hawthorne Bvld
Torrance, CA 90503

Hedrick Fire Protection
13309 Central Ave.
Chino, CA 91710

Hiscox Insurance
Attn: General Counsel
520 Madison Avenue 32nd Floor
New York, NY 10022-4213

Home Team Pest Defense, Inc.
1120 Palmyrita Ste 210
Riverside, CA 92507-1721

Hope Inc
119 Linden Ave.
Long Beach, CA 90802

Hudson Insurance Company
Attn: General Counsel
100 William Street, 5th Floor
New York, NY 10038-5044

ICD Marketing and Services
14704 Forest Edge Dr
Sylmar, CA 91342

Illusions Auto Body
740 W Mill St.
Suite D
Bernardino, CA 92410

Industrial Fire Protection
PO Box 70939
Riverside, CA 92513

Inland Bank and Trust
2805 Butterfield Rd , Ste 200
Oak Brook, IL 60523-1170

Inland Regional Center
Attn: CJ Cook Program Manager
PO Box 19037
San Bernardino, CA 92423

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

J & M Appliance, Inc.
480 Business Center Ct
Redlands, CA 92373

JAFAM Corp on Inland Acct 2043
JAFAM Corporation
1013 N Begonia Ave.
Ontario, CA 91762

Jafam Corporation
3200 Inland Empire Blvd, Ste 220
Ontario, CA 91764

Jaime`s Landscape
3350 E 7th St. #312
Long Beach, CA 90804

Joseph Moghadam
5446 Newcastle Apt 209
Encino, CA 91316

Juan Francisco Alcantar
14751 Titus St. #20
Panorama City, CA 91402

Ken Renfroe
13691 Pineview Ave.
Yucaipa, CA 92399

Kourosh Reyhanyfar
22830 Cass Ave.
Woodland Hills, CA 91366

LADWP
PO BOX 30808
LOS ANGELES, CA 90030-0808

Law Office of Anthony Choe
Client Trust Account
3700 Wilshire Blvd , Ste 260
Los Angeles, CA 90010

Lawyers for Employee
and Consumer Rights
4100 W Alameda Ave., Third Floor
Burbank, CA 91505

Laymon Williams
PO Box 633
Moreno Valley, CA 92556

Lloyds of London
Attn: General Counsel
10th Floor, 1 Minster Court,
Mincing Lane
London EC3R 7AA
United Kingdom

Lorenzo King
20726 Claretta Ave.
Lakewood, CA 90715

Los Angeles County Sheriff`s Dept.
PO Box 843580
Los Angeles, CA 90084-3580

Los Angeles County Tax Collector
PO Box 60186
Los Angeles, CA 90060-0186

Los Angeles County Waterworks
PO Box 512150
Los Angeles, CA 90051-0150

Mainstay Inc
Accounts Receivable
1001 Green Bay Rd , #195
Winnetka, IL 60093

Manuel Gonzalez
4439 Forest St.
Riverside, CA 92507

Martin Frazier
8707 Deep Creek Rd
Apple Valley, CA 92308

Maxim Staffing Solutions
12558 Collections Center Dr
Chicago, IL 60693-0001

Michael Hair
PO Box 1223
Littlerock, CA 93543

MICHAEL ROBLES
23960 BRITTLEBUSH CIRCLE
MORENO VALLEY, CA 92557

Michael Sedillo
Property Inspections
34505 Via Catalina
Capistrano, CA 92624

Monzon Furniture Repair
17816 Baltar St.
Reseda, CA 91335

Moreno Valley Utility
380 N San Jacinto St., Ste 202
Hemet, CA 92543-3112

Mountain West Series
of Lockton Co. LLC
Dept 999226
PO Box 173850
Denver, CO 80217-3850

National Pen Co LLC
PO Box 847203
Dallas, TX 75284-7203

Nationwide Mutual Insurance Company
Attn: General Counsel
1100 Locust Street, Dept 1100
Des Moines, IA 50391-2000

New Benefits, Ltd.
Attn: General Counsel
14240 Proton Rd
Dallas, TX 75244-3605

New Leaf Supportive Services, Inc
601 Van Ness Ave., Ste E-513
San Francisco, CA 94102

North LA County Regional Center
15400 Sherman Way Ste 170
Van Nuys, CA 91406

Nutrition Ink
3164 W Ramsey St.
Banning, CA 92220

Occupational Health Centers
of CA, A Medical Corp
PO Box 3700
Rancho Cucamonga, CA 91729-3700

Office of the Attorney General
1300 I Street
Sacramento, CA 95814-2919

Office of the Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550

Office of the Attorney General
Arizona Attorney General
Mark Brnovich
2005 N Central Ave
Phoenix, AZ 85004-2926

Office of the Attorney General
300 South Spring Street
Los Angeles, CA 90013-1230

Pacific Office Automation
PO Box 41602
Philadellphia, PA 19101-1602

Patricia Baptiste
PO Box 1395
Upland, CA 91785

Philadelphia Indemnity
Insurance Company
Attn: General Counsel
One Bala Plaza, #100
Bala Cynwyd, PA 19004-1401

Preferred Non Emergency
Transport LLC
15847 Ash St.
Hesperia, CA 92345

PROACTIVE WORK HEALTH SERVICES
PO Box 17130
Los Angeles, CA 90017-0130

Provident Life and Accident Ins Co
PO Box 403748
Atlanta, GA 30384-3748

Provident Life and Accident
Insurance Company
Attn: General Counsel
1 Fountain Sq Ste 1
Chattanooga, TN 37402-1303

RJS Action Shots
12223 Highland Ave., Ste 106-722
Rancho Cucamonga, CA 91739

Ronald R Edmondson
PO Box 720
Leona Valley, CA 93551

Rory Werner
18735 Pacific St.
Hesperia, CA 92345

Saiz Landscaping
13525 Swaps St.
Moreno Valley, CA 92555

Santa Barbara County
Sheriff`s Office
312 E Cook St.
Santa Maria, CA 93456

Scioto Properties
SP-16 LLC
4145 Powell Rd
Powell, OH 43065

Scioto Properties SP-16 LLC 2043
SCIOTO Properties
4145 Powell Road
Powell, OH 43065

Scioto Properties SP-18 LLC 2043
SCIOTO Properties
4145 Powell Road
Powell, OH 43065

Sentry Insurance
Attn: General Counsel
1800 North Point Drive
Stevens Point, WI 54481-1283

Sepheren Scorza Azrocs Construction
27320 Rodeo Rd #2
Helendale, CA 92342

Simple Pest Solutions
1660 Chicago Ave., P-13
Riverside, CA 92507

Smart Seminars
5116 Varna Ave.
Sherman Oaks, CA 91423

Smith Law Offices, LLP
4204 Riverwalk Parkway
Ste 250
Riverside, CA 92505

SoCalGas
PO Box C
Monterey Park, CA 91756-5111

Southern California Edison
PO Box 600
Rosemead, CA 91771-0001

Spectrum
31922 Hyacinth Court
Lake Elsinore, CA 92532

Sprint
PO BOX 4181
Carol Stream, IL 60197-4181

Staples Advantage
PO Box 660409
Dallas, TX 75266-0412

State Pros
8939 Vernon Ave. Unit U
Montclair, CA 91763

Sundale Mutual Water Company
PO BOX 6708
Lancaster, CA 93539-6708

Support Development Associates, LLC
3245 Harness Creek Rd
Annapolis, MD 21403-1615

TBBK Direct Leasing
3755 Park Lake St.
Orlando, FL 32803-5216

Terminix Processing Center
PO BOX 802155
CHICAGO, IL 60681-2131

Terrence Johnson
12766 Ponderosa Ranch Rd
Victorville, CA 92392-6128

Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074

TMB Fire & Security
278 Tennessee St. #8
Redlands, CA 92373

Tool Master Plumbing
PO Box 56292
Sherman Oaks, CA 91413

TPx Communications
PO Box 509013
San Diego, CA 92150-9013

U S Healthworks Medical Group, PC
PO BOX 50042
Los Angeles, CA 90074-0042

United States Attorney`s Office
Central District of California
312 North Spring Street, Ste 1200
Los Angeles, CA 90012-2551

United States Trustee
Attn: Brian Fittipaldi
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017-3560

UPS
PO Box 894820
Los Angeles, CA 90189-4820

US Healthworks Medical Group, PC
PO Box 50042
Los Angeles, CA 90074

Vehicle Registration Collections
Franchise Tax Board
PO Box 419001
Rancho Cordova, CA 95741-9001

Vincent van Antwerp
6711 Noble Ave.
Van Nuys, CA 91405

Waste Management
PO Box 541008
Los Angeles, CA 90054-1008

Wells Fargo
Jill Malick
555 N Wilmot, 2nd Floor
Tucson, AZ 85711-2680

Westchester Fire Insurance Co.
Attn: General Counsel
Royal Centre Two
11575 Great Oaks Way, #200
Alpharetta, GA 30022-2426

XyTech Investments
Attn: Raelene Lopez
15901 Redhill Ave., Ste 205
Tustin, CA 92780

Your 24/7 Plumbers
18390 Deodar St.
Hesperia, CA 92345

StoneCroft Attorneys
Attn: Christian Oronsaye
6454 Van Nuys Blvd
Van Nuys, CA  91401

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| FAEGRE DRINKER BIDDLE & REATH LLP<br>JEREMY M. PELPHREY (CA Bar # 249862)<br>Jeremy.Pelphrey@faegredrinker.com<br>RYAN M. SALZMAN (CA Bar #299923)<br>Ryan.Salzman@faegredrinker.com<br>1800 Century Park East, Suite 1500<br>Los Angeles, CA  90067<br>Telephone: (310) 203-4000<br>Facsimile: (310) 229-1285 | |
| ☒ *Attorney for:* Debtor | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

</div>

| In re:<br><br>CPES California, Inc.<br><br><div align="right">Debtor(s).</div> | CASE NO.:<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
|---|---|
| <br><br><br><div align="right">Plaintiff(s).</div> | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br><div align="right">Defendant(s).</div> | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)*  Mark G. Monson                                      , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 1                                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.   I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.  ☒ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Community Provider of Enrichment Services, Inc. d/b/a CPES, Inc.

[For additional names, attach an addendum to this form.]

b.   ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: _8/11/2020_

By: _____
Signature of Debtor, or attorney for Debtor

Name: Mark G. Monson
Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   See below.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   N/A

3. (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   In re Community Provider of Enrichment Services, Inc., d/b/a CPES, Inc., Ch. 11 Case No. 9:20-bk-10554-DS. In re Novelles Developmental Services, Inc., Ch. 11 Case No. 9:20-bk-10553-DS. Both cases were filed on 4/24/2020 in the United States Bankruptcy Court for the Central District of California, Northern Division, and remain pending before The Honorable Deborah J. Saltzman.

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Tucson , ~~California~~ Arizona      _____
                                                 Signature of Debtor 1

Date: 8/11/2020                                  _____
                                                 Signature of Debtor 2

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1                    F 1015-2.1.STMT.RELATED.CASES

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CPES California, Inc.,<br><br>      Debtor. | Case No. _____<br><br>Chapter 11 |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Bankruptcy Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Community Provider of Enrichment Services, Inc. d/b/a CPES Inc.<br>4805 East Speedway Boulevard<br>Tucson, AZ 85712 | Common | 100% | Common |

**Fill in this information to identify the case:**

Debtor name  CPES California, Inc.

United States Bankruptcy Court for the:  Central _____ District of  California
                                                                                    (State)

Case number (If known):  _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  None. | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor     CPES California, Inc._____      Case number (*if known*)_____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
</table>

Debtor Name ___CPES California, Inc.___

United States Bankruptcy Court for the: ___Central___    District of ___California___
                                                                              (State)

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☐ *Schedule H: Codebtors* (Official Form 206H)

- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule _____*

- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ■ Other document that requires a declaration ___List of Equity Security Holders___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/11/2020__        ✗ _____
    MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                     ___Mark G. Monson___
                                     Printed name

                                     ___President and Chief Executive Officer___
                                     Position or relationship to debtor